# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00021-CV

**Andria L. Craig, Appellant**

**v.**

**Navaro Charles Craig, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 206,627-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On April 20, 2005, the clerk of this Court notified the parties that it appeared that this Court lacks jurisdiction to consider the appeal. The clerk requested that appellant advise the Court as to the status of the appeal. Appellant was informed that the appeal would be dismissed for want of jurisdiction if no response was received within ten days. No response has been received. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed: May 24, 2005